| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| STEVEN L. DERBY SBN 148372<br>DERBY, MCGUINNESS & GOLDSMITH, LLP.<br>300 LAKESIDE DR SUITE 1000<br>OAKLAND, CA 94612<br>ATTORNEY FOR **Plaintiff** | (510) 987-8778 | |

| CENTRAL DISTRICT FILING, LOS ANGELES<br>312 N Spring St. Rm. G-8<br>Los Angeles, CA 90012 |
|---|

| SHORT TITLE OF CASE:<br>MURCHISON, SANDRA v. WINE & SEA RESTAURANTS, INC. DBA HARPOON HENRY'S<br>SEAFOOD RESTAURANT |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>8:19-CV-02493-DSF-JDE |
|---|---|---|---|
| | **Declaration of Service** | | Ref. No. or File No:<br>MURCHISON v. WIND & SEA<br>RESTAURANT, et al. |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**SUMMONS AND COMPLAINT, CIVIL COVER SHEET, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER, NOTICE TO ALL PARTIES: ADR DISABILITY ACCESS LITIGATION, ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION, PROPOSED ORDER GRANTING APPLICATION FOR STAY AND EARLY MEDIATION, BLANK DEFENDANT'S APPLICATION FOR STAY OF PROCEEDINGS AND EARLY EVALUATION CONFERENCE, JOINT INSPECTION; ADVISORY NOTICE TO DEFENDANT, IMPORTANT INFORMATION FOR BUILDING OWNERS AND TENANTS, BLANK ANSWER-DISABILITY ACCESS;**

On: **WIND & SEA RESTAURANTS, INC. DBA HARPOON HENRY'S SEAFOOD RESTAURANT**

I served the summons at:

**34699 Golden Lantern St  Dana Point, CA 92629**

On: **1/10/2020**          Date: **01:13 PM**

In the above mentioned action  by substituted service and leaving with

**PATSY DAMATO - CONTROLLER**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Bryan Canas**
  b. Address: **P.O. Box 5383, Walnut Creek, CA 94596**
  c. Telephone number: **800-675-6666**
  d. **The fee** for this service was: **100.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

---



_B. CAÑAS_

Bryan Canas                                    Date: 01/14/2020

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**STEVEN L. DERBY SBN 148372**<br>**DERBY, MCGUINNESS & GOLDSMITH, LLP.**<br>**300 LAKESIDE DR SUITE 1000**<br>**OAKLAND, CA 94612**<br>ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER<br>**(510) 987-8778** | FOR COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT FILING, LOS ANGELES<br>312 N Spring St. Rm. G-8<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>MURCHISON, SANDRA v. WINE & SEA RESTAURANTS, INC. DBA HARPOON HENRY'S<br>SEAFOOD RESTAURANT | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>8:19-CV-02493-DSF-JDE |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>MURCHISON v. WIND & SEA<br>RESTAURANT, et al. |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **01/10/2020**, I served the within:
**SUMMONS AND COMPLAINT, CIVIL COVER SHEET, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER, NOTICE TO ALL PARTIES: ADR DISABILITY ACCESS LITIGATION, ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION, PROPOSED ORDER GRANTING APPLICATION FOR STAY AND EARLY MEDIATION, BLANK DEFENDANT'S APPLICATION FOR STAY OF PROCEEDINGS AND EARLY EVALUATION CONFERENCE, JOINT INSPECTION; ADVISORY NOTICE TO DEFENDANT, IMPORTANT INFORMATION FOR BUILDING OWNERS AND TENANTS, BLANK ANSWER-DISABILITY ACCESS;**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Walnut Creek**, California, addressed as follows:

**WIND & SEA RESTAURANTS, INC. DBA HARPOON HENRY'S SEAFOOD RESTAURANT**
**34699 Golden Lantern St   Dana Point, CA 92629**

Declarant:

   a. Name: **Sofija Schoevaars**
   b. Address: **P.O. Box 5383, Walnut Creek, CA 94596**
   c. Telephone number: **800-675-6666**
   d. **The fee** for this service was: **100.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



**Sofija Schoevaars**

Date: **01/14/2020**