# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MURCHISON<br><br>        Plaintiff(s),<br><br>  v.<br><br>WIND AND SEA RESTAURANTS,<br>INC. , et al.<br><br>        Defendant(s). | CASE NO.<br>8:19−cv−02493−DSF−JDE<br><br><br>**Order to Show Cause re<br>Dismissal for Lack of<br>Prosecution** |

    Generally, defendants must answer the complaint within 21 days after service or 60 days if the defendant is the United States.  Fed. R. Civ. P. 12(a)(1).

    In this case, Wind and Sea Restaurants, Inc. doing business as Harpoon Henry's Seafood Restaurant failed to plead or otherwise defend within the relevant time. The Court orders plaintiff to show cause in writing on or before March 11, 2020 why the claims against the non-appearing defendant(s) should not be dismissed for lack of prosecution.  Failure to respond to this Order may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: February 26, 2020            _/s/ Dale S. Fischer_
                                 Dale S. Fischer
                                 United States District Judge