STEVEN L. DERBY, Esq. (SBN 148372)
CELIA MCGUINNESS, Esq. (SBN 159420)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
SANDRA MURCHISON

JUSTIN G. SCHMIDT, SBN 248872
DANIEL G. EMILIO, SBN 164892
EMILIO LAW GROUP, APC
12832 Valley View St., Ste. 106
Garden Grove, CA 92845
Telephone: (714) 379-6239
Facsimile:  (714) 379-5444

Attorney for Defendant
WIND & SEA RESTAURANTS, INC.

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MURCHISON,<br><br>          Plaintiff,<br><br>v.<br><br>WIND & SEA RESTAURANTS, INC. dba HARPOON HENRY'S SEAFOOD RESTAURANT and DOES 1 through 11 and 12-20, Inclusive,<br><br>          Defendants. | CASE NO.   8:19-cv-02493-DSF-JDE<br><br><u>Civil Rights</u><br><br>**STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE**<br><br>**[PROPOSED ORDER]** |

## STIPULATION

The parties acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action with each party to bear its own attorney's fees and costs.

1    Date: February 28, 2020          DERBY, McGUINNESS & GOLDSMITH, LLP

2                                      _____
                                            /s/Steven L. Derby
3                                      By Steven L. Derby, Esq.
                                       Attorneys for Plaintiff
4                                      SANDRA MURCHISON

5
     Date: February 28, 2020          EMILIO LAW GROUP, APC
6

7                                      _____
                                            /s/ Justin Schmidt
8                                      By: Justin Schmidt, Esq.
                                       Attorneys for Defendant
9                                      WIND & SEA RESTAURANTS, INC.

10

11

12                         **FILER'S ATTESTATION**

13          Pursuant to Civil Local Rule 5-4, I hereby attest that on February 28, 2020,

14   I, Steven L. Derby, attorney with Derby, McGuinness & Goldsmith, LLP, received

15   the concurrences of counsel.

16
                                       _____
17                                         /s/ Steven L. Derby
                                       Steven L. Derby
18

19

20

21

22

23

24

25

26

27

28
                                       - 2 -

# [PROPOSED] ORDER

Upon mutual agreement of the parties, all claims against Defendant are dismissed with prejudice with each party to bear their own attorneys' fees, costs and litigation expenses.

DATED: _____

_____
Honorable Dale S. Fischer
U.S. District Court Judge