<pre>
STEVEN L. DERBY, Esq. (SBN 148372)
CELIA MCGUINNESS, Esq. (SBN 159420)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
SANDRA MURCHISON

JUSTIN G. SCHMIDT, SBN 248872
DANIEL G. EMILIO, SBN 164892
EMILIO LAW GROUP, APC
12832 Valley View St., Ste. 106
Garden Grove, CA 92845
Telephone: (714) 379-6239
Facsimile:  (714) 379-5444

Attorney for Defendant
WIND & SEA RESTAURANTS, INC.
</pre>

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA MURCHISON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WIND & SEA RESTAURANTS, INC. dba HARPOON HENRY'S SEAFOOD RESTAURANT and DOES 1 through 11 and 12-20, Inclusive,<br><br>　　　　Defendants. | CASE NO.   8:19-cv-02493-DSF-JDE<br><br>Civil Rights<br><br>**ORDER GRANTING STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE** |

ORDER

**ORDER**

Upon mutual agreement of the parties, all claims against Defendant are dismissed with prejudice with each party to bear their own attorneys' fees, costs and litigation expenses.

DATED: March 2, 2020

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE